IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| AKEEM HARRIS, § | | |
| Plaintiff, § | | |
| § | | |
| v. § | | Civil Case 3:23-CV-0451-B-BK |
| § | | |
| FAMERS BRANCH POLICE § | | |
| DEPARTMENT, ET AL., § | | |
| Defendants. § | | |

ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF
THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Plaintiff's voluntary motion to dismiss Defendant Farmers Branch Police Department (Doc. 16-2; Doc. 17) is GRANTED.

SO ORDERED this 12th day of May, 2023.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE